KAREN L. LOEFFLER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
| --- | --- |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) POSSESSION OF CONTROLLED |
| vs. | ) SUBSTANCES WITH INTENT TO |
| | ) DISTRIBUTE |
| TERRY LEE KEEHN, II, | )     Vio. of 21 U.S.C. §§ 841(a)(1), |
| | ) (b)(1)(B) and (C) |
| Defendant. | ) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

//

//

//

## COUNT 1:

On or about January 13, 2016, within the District of Alaska, the defendant, TERRY LEE KEEHN II, did knowingly and intentionally possess with intent to distribute controlled substances, to wit: 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine and a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (C).

A TRUE BILL.

s/ Grand Jury Foreperson<br>
GRAND JURY FOREPERSON

s/ Kelly Cavanaugh
KELLY CAVANAUGH
United States of America
Special Assistant U.S. Attorney


s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States of America
United States Attorney


DATE:    1-19-16