KAREN L. LOEFFLER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   vs.<br><br>TERRY LEE KEEHN, II,<br><br>                  Defendant. | No. 3:16-cr-00004-TMB-KFM<br><br>COUNT 1:<br>POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE<br>   Vio. of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and (C) |

FIRST SUPERSEDING I N D I C T M E N T

The Grand Jury charges that:

COUNT 1:

On or about January 13, 2016, within the District of Alaska, the defendant, TERRY LEE KEEHN II, did knowingly and intentionally possess with intent to distribute controlled substances, to wit: 50 grams or more of

actual methamphetamine and a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (C).

A TRUE BILL.

                                                    s/ Grand Jury Foreperson
                                                    GRAND JURY FOREPERSON

s/ Kelly Cavanaugh
KELLY CAVANAUGH
United States of America
Special Assistant U.S. Attorney


s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States of America
United States Attorney


DATE:    2/16/16