RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2016 MAY 20 AM 11:16

# UNITED STATES DISTRICT COURT
for the
District of Alaska

RECEIVED
MAY 20 2016
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

United States of America
v.

TERRY LEE KEEHN, II
*Defendant*

ORIGINAL

Case No. 3:16-cr-00004-TMB-KFM

USMS-D/ALASKA-WARRANTS
FID# 9982397
WARRANT # 1606-0520-0600-3
Entered NCIC ✓
Entered APSIN ✓
Removed NCIC _____
Removed APSIN _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TERRY LEE KEEHN, II ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  X Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession of Controlled Substances with Intent to Distribute 21:841(a)(1), (b)(1)(A) and (C)
Count 2: Sex Trafficking and Attempted Sex Trafficking by Force, Fraud, and Coercion 81:1591(a)(1) and 1594(a)
Count 2, 5: Sex Trafficking by Force, Fraud, and Coercion  18:1591(a)(1)
Count 4, 6: Participating in a Sex Trafficking Venture  18:1591(a)(2)

Date: MAY 19, 2016

Ordered by: DEBORAH M. SMITH
            U.S. MAGISTRATE JUDGE

City and state: ANCHORAGE, AK

Lesley K. Allen, District Court Executive/Clerk of Court
*Name and Title of Issuing Officer*

by Redacted Signature  Deputy Clerk
*Signature of Issuing Officer*

### Return

This warrant was received on *(date)* 5/20/16 , and the person was arrested on *(date)* 5/20/16
at *(city and state)* Anchorage, AK .

Date: 5/20/16

Redacted Signature
*Arresting officer's signature*

Already in Federal Custody.

*Printed name and title*

Case 3:16-cr-00004-TMB-MMS   Document 54   Filed 05/20/16   Page 1 of 1