# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. TERRY LEE KEEHN, II*

Case No. 3:16-cr-00004-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS**: **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge McCoy's Final Report and Recommendation (Docket No. 56) on Defendant's Motion to Suppress (Docket No. 38), in conjunction with the Plaintiff's Response (Docket No. 45) and no Objections filed, the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress, (Docket No. 38), is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 9, 2016.