**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 17-30251 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00004-TMB-1 |
| v. | District of Alaska, Anchorage |
| TERRY LEE KEEHN II, AKA Terry Keehn, | |
| Defendant-Appellant. | ORDER |

The panel unanimously votes to grant the Joint Motion to Grant Appeal, Reverse Conviction and Remand Case to District Court, Dkt. No. 54. Keehn's conviction is hereby vacated; on remand the district court shall allow Keehn to withdraw his plea of guilty. This order served on the district court shall act as and for the mandate of this court.

**VACATED and REMANDED.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7